# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHWESTERN DIVISION

| | |
|---|---|
| Steven Tandy, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 13-5135-CV-SW-JTM |
| | ) |
| Carolyn W. Colvin, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is plaintiff's *Application for Attorney's Fees Under The Equal Access to Justice Act,* filed January 15, 2015, [Doc. 19]. After due consideration of the issues presented, and in light of the agreement of the parties, it is

**ORDERED** that plaintiff's *Application for Attorney's Fees Under The Equal Access to Justice Act,* filed January 15, 2015, [Doc. 19] is **GRANTED**. Accordingly, plaintiff is awarded EAJA fees in the amount of $5,263.25

                                              */s/ John T. Maughmer*
                                                  **John T. Maughmer**
                                          **United States Magistrate Judge**